# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128243 & (22)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ARCHIE ROBIN HUTCHINSON, JR.,
      Defendant-Appellant.

SC: 128243
COA: 259920
Luce CC: 92-000474-FH
          92-000475-FH
          92-000477-FH

_____/

     On order of the Court, the motion for immediate consideration and the application for leave to appeal the March 8, 2005 order of the Court of Appeals are considered. Immediate consideration is DENIED. The application for leave to appeal is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

Clerk

s0919